CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

March 25, 2015

Susan Hawk
Dallas County District Attorney
Frank Crowley Courts Bldg.
133 N. Riverfront Blvd., LB 19
Dallas, TX  75207

Andre Brooks
#01903493
Clemens Unit
11034 Hwy 36
Brazoria, TX  77422

Re:  **Andre Tarwen Brooks v. State; 05-14-00261-CR**

Dear Attorneys:

Enclosed is a corrected page for the above-mentioned case.  Please note the following typographical error, which has been corrected:

January 12, 2015

Please replace page 1 of your previous copy with the enclosed.

Sincerely,

Lisa Matz
Clerk of the Court

cc:  Trial court judge
     Trial court clerk